"CLOSED"

Cause No. 1063505

| | | |
|---|---|---|
| VERNON KENT MAREE & | § | IN THE COUNTY CIVIL COURT |
| FRONT ROW PARKING, INC. | § | |
| | § | AT LAW NUMBER FOUR (4) |
| v. | § | |
| | § | |
| BALDEMAR (VAL) ZUNIGA | § | HARRIS COUNTY, TEXAS |

## ORDER DISMISSING BILL OF REVIEW

On this 26th day of August, 2015, this Court considered the motion filed by Respondent for bill of review, Baldemar (Val) Zuniga, to determine whether Petitioners for bill of review has established a prima facie case for a Bill of Review. Petitioners for bill of review appeared in person and through counsel in opposition to the motion. Respondent for bill of review appeared in person and through counsel in support of the motion. The court having considered the papers filed in this action, considered the evidence admitted, the testimony of witnesses, and having heard the arguments of counsel, the Court grants Respondent for bill of review's motion and dismisses Petitioners for bill of review, Vernon Kent Maree and Front Row Parking, Inc.'s action for Bill of Review, filed in this court on June 9, 2015.

The Court considered all elements for a bill of review and finds: (1) the Petitioners in bill of review made an appearance in Cause No. 1029606; *Baldemar (Val) v. Vernon Kent Maree and Front Row Parking, Inc.* through counsel, Troy Pradia; (2) on November 8, 2013, the Court signed its Order for Trial Setting in Cause No. 1029606 for nonjury trial on June 16, 2014, at 9:00 a.m. and gave notice to all counsel of record pursuant to the Texas Rule of Civil Procedure; (3) on November 15, 2013, pursuant to the Court's Order, Plaintiff's counsel in that case gave notice of the trial setting to counsel for Defendants by facsimile pursuant to Rule 21a of the Texas Rule of Civil Procedure; (4) Defendants, although properly noticed to appear at trial, failed to appear and a default judgment

was entered against them as reflected in the Court's record; (5) in pursuing their Bill of Review, Petitioners for bill of review failed to prove that the rendering of the judgment against them was "unmixed with any fault or negligence on their own part," specifically, failing to keep their counsel informed of their address, failing to inquire as to the status of the lawsuit even though they were aware of its existence, and failing to properly monitor the status of both their legal counsel and the progression of the lawsuit.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Petitioners for bill of review is dismissed; that judgment be entered in favor of Respondent for bill of review, Baldemar (Val) Zuniga, and against Petitioners for bill of review, Vernon Kent Maree and Front Row Parking, Inc., dismissing the petition for bill of review.

SIGNED this _August 26_, 2015.

JUDGE PRESIDING

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

2015 AUG 26 PM 2 02
COUNTY CLERK
HARRIS COUNTY TEXAS
FILED